# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMAL VARISTE

NO. 2024 KW 0894

NOVEMBER 4, 2024

---

In Re:    Jamal Variste, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-14-0058.

---

BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on October 3, 2024, relator was provided a copy of the requested documents, and a new return date for seeking review of the district court's ruling was set by the district court.

PMc
JEW
WIL

.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT